■ MOBIL OIL CORPORATION, Appellant, v PREFERRED LAND TITLE SERVICES, INC., Respondent, et al., Defendant.—Order, Supreme Court, New York County (William J. Davis, J.), entered on April 26, 1991, unanimously affirmed for the reasons stated by Davis, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Milonas, Kupferman and Rubin, JJ.